**ROSEN ✧ SABA, LLP**
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
ALLISON OWENS, ESQ. (State Bar No. 347908)
aowens@rosensaba.com
2301 Rosecrans Ave, Suite 3180
El Segundo, CA 90245
Telephone:    (310) 285-1727
Facsimile:    (310) 285-1728
Attorney for Plaintiff
ALEJANDRO GUARACHI

JEFFREY N. GESELL (State Bar No. 200174)
jgesell@jonesturner.com
Jones Turner, LLP
2 Venture, Suite 420
Irvine, CA 92618
Telephone:    (949)435-4100
Fax:          (949)435-4105
Attorney for Defendant
ASPEN SPECIALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GUARACHI,<br><br>*Plaintiff,*<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>*Defendants.* | Case No.: 2:22-cv-04931-PA-MAA<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Judge Percy Anderson<br>Magistrate Judge Maria A. Audero<br><br>Complaint Filed: July 19, 2022 |



[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

#2015708v1

**[PROPOSED] ORDER**

This Court, having reviewed the Stipulation for Dismissal filed by Plaintiff Alejandro Guarachi and Defendant Aspen Specialty Insurance Company, orders as follows:

The action entitled *Alejandro Guarachi v. Aspen Specialty Insurance Company*, United States District Court, Central District of California, case number 2:22-cv-04931-PA-MAA is dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: June 27, 2024



PERCY ANDERSON
United States District Judge

---

1
[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

#2015708v1

